UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WAKE COUNTY SHERIFF DEPUTY ) <br> KB HINTON and NORTH CAROLINA ) <br> STATE GOVERNMENT, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> v.   ) <br>   ) <br> BRIAN GEORGE DAY, ) <br>   ) <br> Defendant. ) | **JUDGMENT** <br><br> No. 5:15-CV-125-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on October 26, 2015, that the court ADOPTS the findings and recommendations of the United States Magistrate Judge in full and for reasons stated more specifically therein, this action is REMANDED to Wake County District Court, pursuant to 28 U.S.C. § 1447(c) and 28 U.S.C. § 1915(e)(2)(B).

**This Judgment Filed and Entered on October 26, 2015, and Copies To:**

Brian George Day (via U.S. Mail) 1001 Mersey Lane, Raleigh, NC 27615
Jennifer Knox, Wake County Clerk of Superior Court (via U.S. Mail) PO Box 351,
                                                                                                                                                              Raleigh, NC 27602


October 26, 2015                      JULIE RICHARDS JOHNSTON, CLERK
                                                 /s/ Christa N. Baker
                                                (By) Christa N. Baker, Deputy Clerk